IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DWAYNE HENRY, | : | |
|     *Petitioner* | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MICHELE FERRELL, *et al.*, | : | |
|     *Respondents* | : | No. 21-1322 |

## ORDER

AND NOW, this 12th day of April, 2022, upon consideration of the Petitioner Dwayne Henry's Petition for Writ of Habeas Corpus (Doc. No. 2), United States Magistrate Judge Timothy R. Rice's Report and Recommendation (Doc. No. 5), and Mr. Henry's Objections (Docs. No. 6), it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. Mr. Henry's Petition for Writ of Habeas Corpus is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust;

3. There is no probable cause to issue a certificate of appealability; and

4. The Clerk of Court shall mark this case **CLOSED** for all purposes, including statistics.

BY THE COURT:

*/s/ Gene E.K. Pratter*

GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1